# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

**VIRTUAL POINT INC.**, a California corporation dba CrossPath,

    Plaintiff,

vs.

**OXYMAGIC FRANCHISE DEVELOPMENT**, an Oklahoma corporation,

    Defendant.

Case No.: SACV 11-01425-CJC(ANx)

**JUDGMENT**

In accordance with the Order Granting In Part and Denying In Part Plaintiff's Motion for Default Judgment dated September 12, 2012, the Court hereby enters a default judgment against Defendant OxyMagic Franchise Development on the Complaint. The Court finds that Defendant's alleged trademarks are not infringed by Plaintiff and that Plaintiff has not unfairly competed with Defendant. Plaintiff shall recover costs.

DATED:     September 12, 2012

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE